**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CHAPTER 13** |
| **GREGORY WILLIAMS** | ) | |
| | ) | **CASE NO. 20-32382** |
| | ) | |
| <u>        **DEBTOR**        </u> | ) | |

**ORDER**

This matter comes before the Court on the Motion of the Debtor, by counsel, to modify his Chapter Plan, the Court having considered the Motion and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the arrearage Claim filed by U.S Bank Trust National Association, as Trustee of Cabana Series III Trust (Claim #5) shall be paid as secured in the amount of $16,833.54.

_____
Alan C. Stout
United States Bankruptcy Judge

Dated: January 6, 2021

Tendered by:

Richard A. Schwartz
Attorney for the Debtor
Kruger & Schwartz
3339 Taylorsville Road
Louisville, KY 40205